UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CANTON PROPERTY HOLDINGS,<br>**DARRIN C. LAVINE, Trustee,**<br><br>   Plaintiff(s),<br><br>v.<br><br>**BANK OF AMERICA, N.A.**<br>**WELLS FARGO BANK, N.A. AS**<br>**TRUSTEE FOR THE CERTIFICATE-**<br>**HOLDERS OF BANC OF AMERICA**<br>**ALTERNATIVE LOAN TRUST 2005-10,**<br>**MORTGAGE PASS-THROUGH**<br>**CERTIFICATES, SERIES 2005-10, et al.**<br><br>   Defendant(s). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:14-CV-3389-B<br><br><br>NOTICE OF APPEAL |

_____/

<u>NOTICE OF APPEAL</u>

   **COMES NOW, CANTON PROPERTY HOLDINGS ("CANTON"), DARRIN C. LAVINE,**

Trustee, is appealing to Fifth Circuit Court of Appeals, the Order Denying Trustee Leave To Proceed Pro

Se entered by this Court on August 7, 2015 in this action. A copy of the Order is attached hereto.

                              Respectfully Submitted,

                                /s/ Darrin C.  Lavine
                              Darrin C. Lavine, Trustee
                              2205 Canton Street, Unit 111
                              Dallas, TX 75201

## CERTIFICATE OF SERVICE

  I certify that on this 19th day of August 2015, a correct copy of the foregoing was filed with the Court via the CM/ECF. I further certify that a copy of same was forwarded to the following non CM/ECF users:

*Via CM/ECF*
Matthew Hogan Davis
Thomas G Yoxall
Daron L Janis
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201-6776

*Via CM/ECF*
Nathan T. Anderson
State Bar No. 24050012
McGlinchey Stafford, PLLC
2711 North Haskell Ave.
Suite 2750, LB 38
Dallas, Texas 75204

              /s/ Darrin C. Lavine
              Darrin Lavine, Trustee
              2205 Canton Street, Unit 111
              Dallas, TX 75201